FREDERICK M. REIMER, APPELLANT, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF ESSEX, RESPONDENT.

Argued March 15, 1922—Decided April 28, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 371.

For the appellant, *McCarter & English*.

For the respondent, *Edwin G. Adams*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, VAN BUSKIRK, JJ. 12.

*For reversal*—None.